A0 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

___Eastern___ **DISTRICT OF** ___Michigan___

UNITED STATES OF AMERICA

Marion Darius ROUSE
DOB: 04/29/1969
15805 Park Village Blvd.
Taylor,Michigan 48180

(Narne and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: ~~05-80733~~

05-80733

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief On or about ___August 1, 2005___ in ___Wayne___ County, in

the ___Eastern___ District of ___Michigan___ defendant(s) did,

*(Track Statutory Language of Offense)*
did, bring aliens to the United States, and aided and abetted the bringing of such aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States and did so for the purpose of private financial gain.

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(2) and(a)(2)(B)(ii)___

I further state that I am a(n) ___ICE Special Agent___ and that this complaint is based on the
Official Title

following facts:

SEE ATTACHED

F I L E D
AUG 16 2005
CLERK'S OFFICE
DETROIT

Continued on the attached sheet and made a part of this complaint:    Yes ☒   No ☐

Signature of Complainant

Noe Salinas Special Agent
Printed Narne of Complainant

Sworn to before me and signed in my presence,

___8/16/05___                           at    DETROIT, MICHIGAN
Date                                                City and State

**MAGISTRATE JUDGE MONA K. MAJZOUB**
Name and Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

The affiant being duly deposed and sworn states

1. I, Noe Salinas, am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, and have been employed with the same for one and a half years. The following information is from first hand Knowledge or personal investigation, as well as information provided to me by other law enforcement sources. The following is submitted in support of findings of probable cause and therefore may not be all of the facts obtained during the course of this investigation.

2. On August 1, 2005 at approximately 3:00 a.m., I received a call about a possible alien smuggling case at the Ambassador Bridge Detroit, Michigan port of entry.

3. I responded to the Ambassador Bridge. When I arrived I spoke to Customs and Border Protection Supervisory Officer (CBPSO) Mike Brown.

4. CBPSO Brown relayed the following. He stated that at 2:45 a.m. on August 1st a 2004 black Dodge Intrepid with Michigan temporary paper plates arrived at the Detroit, Michigan port of

entry at the Ambassador Bridge from Windsor, Canada. The driver identified as Marion Darius ROUSE, is employed as a Wayne County Juvenile Detention Officer and at the time of entry was wearing his official uniform. ROUSE gave CBP Officer Zavanganski a negative declaration. ROUSE was asked to open the trunk for inspection. Rouse stated that the trunk release was broken. CBPO Zavanganski asked for the keys and was unable to open the trunk. ROUSE was told to move the vehicle to secondary inspection.

5. CBPO Snead met ROUSE in secondary inspection and asked ROUSE to step inside while the vehicle was inspected. ROUSE stated "you don't understand they will kill me". CBPO Snead asked ROUSE what was in the trunk, ROUSE replied "people". CBPO Snead asked for backup and removed four people from the trunk. Three were identified as YEUNG, Wan Kwai, and his two children YEUNG, Chun Tung and YEUNG, Chui Ying. The fourth subject was identified as LIN, Juan, all four are citizens and nationals of China.

6. ROUSE was advised of his Miranda rights and signed a waiver of

rights. ROUSE stated that he was paid two thousand dollars in U.S. currency to transport the 4 Chinese Nationals from Canada into the United States. He further stated that on successful delivery he would be paid another two thousand dollars. Two thousand dollars were seized from ROUSE by Customs and Border Protection.

7. Based on the foregoing I believe there is probable cause that the Defendant violated Title 8 United States Code Section(s) 1324 (a)(2) and(a)(2)(B)(ii). Knowing and did in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States brought and attempted to bring aliens into the United States for the purpose of private financial gain

Noe Salinas, Special Agent
Immigration and Customs
Enforcement

Sworn and subscribed before me this 16th day of August 2005

United States Magistrate Judge